```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| NOUF AL-BAHAR,<br><br>   Plaintiff,<br><br>  -v-<br><br>ANDREW LOCKHART,<br><br>   Defendant. | 24-cv-682 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

  On January 30, 2024, plaintiff Nouf Al-Bahar filed this action against two defendants, Andrew Lockhart and Berklay Air Services Corporation ("Berklay"). On March 8, 2024, Berklay filed a motion to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6). However, on March 22, 2024, the parties filed a stipulation of voluntary dismissal with prejudice of the claims against Berklay. Accordingly, Berklay's motion to dismiss is now moot. The oral argument that had been scheduled for that motion on Friday, April 5 will not take place. The Clerk is respectfully directed to close document number 18 and to note on the docket that Berklay was terminated as a defendant as of March 22, 2024.

  SO ORDERED.

New York, NY
March 26, 2024

                _____
                JED S. RAKOFF, U.S.D.J.