UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOUF AL-BAHAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. 24-cv-00682-JSR |
| ) | |
| ANDREW LOCKHART ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] DEFAULT JUDGMENT

It is hereby **ORDERED, ADJUDGED, AND DECREED** that Default Judgment is entered in favor of Plaintiff Nouf Al-Bahar (Al-Bahar) against Defendant Andrew Lockhart (Lockhart) as follows:

For Al-Bahar's claims for fraud and conversion against Lockhart, Al-Bahar is entitled to recover from Lockhart:

1) $381,975.00 for unpaid principal.

2) $412,646.24 in statutory interest at a rate of 9% per annum from February 22, 2016, to September 4, 2024.

3) Post-judgment interest as set forth in 28 U.S.C. § 1961.

4) Court costs to be determined. Plaintiff incurred the following costs under 28 U.S.C. § 1920: $405 in filing fees.

Dated: 9/4, 2024
New York, New York

_____
Honorable Jed S. Rakoff
United States District Court Judge

1

HB: 4877-8338-4280.1