UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOUF AL-BAHAR, <br><br>Plaintiff, <br><br>Vs. <br><br>ANDREW LOCKHART AND BERKLAY AIR SERVICES CORPORATION, d/b/a BERKLAY SHIPPING, <br><br>Defendants. | CIVIL ACTION NO. 24-cv-00682-JSR |

**[PROPOSED] ORDER GRANTING AL-BAHAR'S MOTION TO COMPEL DEPOSITION OF ANDREW LOCKHART**

It is hereby **ORDERED, ADJUDGED, AND DECREED** that Al-Bahar's Motion to Compel Deposition of Andrew Lockhart is hereby **GRANTED**. Accordingly, Lockhart is hereby ordered to appear for a deposition at the law office of Loeb & Loeb, located at 345 Park Avenue New York, NY 10154, within sixty (60) days after entry of this order.

Dated: 3/20, 2025
New York, New York

_____
Hon. Jed S. Rakoff
United States District Judge