```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| NOUF AL-BAHAR,<br><br>          Plaintiff,<br><br>     -v-<br><br>ANDREW LOCKHART,<br><br>          Defendant. | 24-cv-682 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Defendant Andrew Lockhart, after receiving personal service of the Court's order dated September 30, 2025, ordering Mr. Lockhart to appear earlier today in courtroom 14B to show cause as to why he should not be held in civil contempt, see ECF No. 59, failed to appear. Given this failure and Mr. Lockhart's failure to appear at all previous court-ordered proceedings and depositions, he is hereby held in civil contempt. To effectuate this holding, the Court orders the arrest and civil commitment of Mr. Lockhart until and when he purges his contempt.

Accordingly, it is hereby ordered that the U.S. Marshal for the Southern District of New York take all necessary measures to enforce this Order by arresting Andrew Lockhart in any district of the United States where he may be found and confining him until he can be brought promptly before the undersigned. It is further ordered that the U.S. Marshals, called upon to execute the terms of this Order will be permitted to use the degree of force

necessary to arrest and detain Mr. Lockhart, and will be permitted to enter forcibly into the premises of defendant Mr. Lockhart's principal residence if the defendant is reasonably believed to be inside and if requested access is withheld.

    SO ORDERED.

New York, NY

November __6__, 2025            _____

                                          JED S. RAKOFF, U.S.D.J.